Michael D. Black (9132) mblack@parrbrown.com
April M. Medley (16102) amedley@parrbrown.com
PARR BROWN GEE & LOVELESS
101 South 200 East, Suite 700
Salt Lake City, Utah 84111
Telephone:   (801) 532-7840
Facsimile:    (801) 532-7750

Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| MARY GRIGSBY, WADE TAYLOR, and LMW PROPERTIES, LLC<br><br>Plaintiffs,<br><br>vs.<br><br>INCOME PROPERTY USA, LLC, BUYPD, LLC, YANCEY, LLC, EVTECH MEDIA, LLC, REAL ESTATE EDUCATION GROUP, IMPROVEMENT HOMES, LLC, INTERACTIVE HOMES, LLC, EXPANSION PROPERTIES, LLC, IVYVEST PROPERTIES, LLC, GUARDIAN LAW, and INSIDER'S CASH, LLC<br>Defendants. | **JOINT STIPULATION OF DISMISSAL**<br><br>Case No. 2:17-cv-01110-RJS-PMW<br><br>Honorable Robert J. Shelby<br><br>Magistrate Judge Paul M. Warner |

Based upon settlements amongst the parties and pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiffs Mary Grigsby, Wade Taylor, and LMW Properties, LLC and Defendants Income Property USA, LLC, Buypd, LLC, Yancey, LLC, Evtech Media, LLC, Real Estate Education Group, Improvement Homes, LLC, Interactive Homes, LLC, Expansion Properties, LLC, Ivyvest Properties, LLC, Guardian Law, and Insider's Cash, LLC, by and

through undersigned counsel, hereby stipulate that this action and all claims including all counterclaims and defenses asserted therein be dismissed with prejudice, with each party bearing its own attorneys' fees, costs, and expenses. The parties also withdraw and terminate all pending motions submitted in this action.

DATED this 28th day of March, 2019.

/s/Michael D. Black
April M. Medley
Michael D. Black
PARR BROWN GEE & LOVELESS
*Attorneys for Plaintiffs*

/s/Adam E. Weinacker *{signed with permission}*
Adam E. Weinacker
Eric A. Christiansen
PARSONS BEHLE & LATIMER
*Attorneys for Yancey, LLC, EvTech Media, LLC, and Real Estate Education Group*

/s/Kasey L. Wright *{signed with permission}*
Kasey L. Wright
WRIGHT LAW FIRM, P.C.
*Attorneys for BuyPD, LLC, Expansion Properties, LLC, Improvement Homes, LLC, Income Property USA, LLC, Interactive Homes, LLC, and Ivywest Properties, LLC*

/s/Theodore E. Kanell *{signed with permission}*
Theodore E. Kanell
PLANT, CHRISTENSEN &KANELL
*Attorneys for Guardian Law*

/s/Matthew C. Barneck *{signed with permission}*
Matthew C. Barneck
John E. Keiter
RICHARDS BRAND MILLER NELSON
*Attorneys for Insider's Cash, LLC*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 28th day of March, 2019, I filed the foregoing **JOINT STIPULATION OF DISMISSAL** through the Court's CM/ECF system, which provided electronic notice to the following:

Adam E. Weinacker
Eric A. Christiansen
PARSONS BEHLE & LATIMER
201 S. Main St., Suite 1800
P.O. Box 45898
Salt Lake City, UT 84145-0898
ecf@parsonsbehle.com

Kasey L. Wright
WRIGHT LAW FIRM, P.C.
58 South Main Street
P.O. Box 48
Nephi, Utah 84648
kwright@nephilaw.com

Theodore E. Kanell
PLANT, CHRISTENSEN &KANELL
136 East South Temple #1700
Salt Lake City, Utah 84111
tkanell@pckutah.com

Matthew C. Barneck
John E. Keiter
RICHARDS BRAND MILLER NELSON
299 South Main, Suite 1500
P.O. Box 2465
Salt Lake City, Utah 84111
Matthew-barneck@rbmn.com
John-keiter@rbmn.com

/s/ Michael D. Black